| | | | |
|---|---|---|---|
| Com. v. Thomas .... | 12/17/2015269 EAL (2015) | Denied | Pa.Super., 122 A.3d 440 |
| Com. v. Velez-Mercado ............ | 12/22/2015562 MAL (2015) | Denied | Pa.Super., 122 A.3d 1147 |
| Com. v. Villanueva | 12/17/2015353 MAL (2015) | Denied | Pa.Super., 121 A.3d 1127 |
| Com. v. Walker..... | 12/22/2015575 EAL (2015) | Denied | Pa.Super., 131 A.3d 105 |
| Com. v. Widener ... | 10/28/2015205 WAL (2015) | Denied | Pa.Super., 122 A.3d 452 |
| Com. v. Williams ... | 12/17/2015517 MAL (2015) | Denied | Pa.Super., 122 A.3d 1126 |
| Com. v. Woffard .... | 12/22/2015703 MAL (2015) | Denied | Pa.Super., 131 A.3d 95 |
| Com. v. Woods ..... | 11/24/2015397 EAL (2015) | Denied | Pa.Super., 122 A.3d 1133 |
| Isiminger v. Davis .. | 11/24/2015244 WAL (2015) | Denied | Pa.Super., 121 A.3d 1122 |
| Kodenkandeth v. McNabb ......... | 12/22/2015372 WAL (2015) | Denied | No. 1107 WDA 2015 |
| Malkan, Inc. v. Softa | 12/22/2015349 WAL (2015) | Denied | Pa.Super., 125 A.3d 461 |
| Peerless Indem. Ins. Co. v. Cincinnati Ins. Co. .......... | 12/22/2015240 WAL (2015) | Denied | Pa.Super,, 121 A.3d 1122 |
| Reinhart v. Erie Ins. Exchange ........ | 12/22/2015543 MAL (2015) | Denied | Pa.Super., 121 A.3d 1146 |